AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

**V.**

Angus MacPherson

**CRIMINAL COMPLAINT**

CASE NUMBER: 03M-1141-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October 18, 2003___ in ___Suffolk___ county, in the District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

on an aircraft in the special aircraft jurisdiction of the United States, by assaulting and intimidating flight crew members and flight attendants of an aircraft, interfere with the performance of the duties of such members and attendants and lessen the ability of such members and attendants to perform those duties,

in violation of Title ___49___ United States Code, Section(s) ___46504___

I further state that I am a(n) ___FBI Special Agent___ and that this complaint is based on the following
                              Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

10-20-2003                                    at          Boston, Massachusetts
_____                        _____
Date                                                      City and State

Honorable Judith G. Dein
United States Magistrate Judge                      _____
_____                          Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.