AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: O3M-1141-JGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Angus MacPherson

10/20/03
Date

Signature

Print Name: John Andrews

Address: 265 Essex St, Ste-301

City: Salem   State: MA   Zip Code: 01970

Phone Number: (978) 745-2212