UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ANGUS MACPHERSON )<br>Defendant. )<br> ) | Docket No.: 03M-1141-JGD |

## DEFENDANT'S MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE

Defendant, Angus MacPherson, hereby moves this Court to amend the conditions of his pre-trial release to allow him to leave the Commonwealth of Massachusetts for the purpose of transferring from McLean Hospital in Belmont, Massachusetts to the Plymouth House in Plymouth, New Hampshire. As grounds therefore, defendant states that he was admitted to an inpatient detoxification program at McLean Hospital immediately following his initial appearance before this Court. The defendant, along with his health professionals, wish to transfer his treatment program to the Plymouth House in Plymouth, New Hampshire to complete his treatment regimen. Counsel for the defendant has discussed this matter with Assistant United States Attorney James Lang who has represented that his office has no opposition to this Motion.

**WHEREFORE**, the defendant respectfully requests that this Court amend the conditions of his pre-trial release to allow his transfer from McLean Hospital in Belmont, Massachusetts to the Plymouth House in Plymouth, New Hampshire.

Respectfully Submitted,

The Defendant,
Angus MacPherson
By his attorneys,

_____
John Andrews, BBO#554259
Marc R. Salinas, BBO#644655
ANDREWS & UPDEGRAPH, P.C.
265 Essex Street, Suite 301
Salem, MA 01970
(978) 740-6633