UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v.                     ) | VIOLATION: |
| ) | 49 U.S.C. § 46506(1)/ |
| ANGUS MACPHERSON       ) | 18 U.S.C. § 113(a)(5) |
| ) | Simple Assault Within Special |
| ) | Aircraft Jurisdiction of |
| ) | United States |

INFORMATION  03 CR 10360 PBS

COUNT ONE: (49 U.S.C. § 46505(1)/18 U.S.C. § 113(a)(5)--
Simple Assault Within Special Aircraft
Jurisdiction of United States)

The United States Attorney charges that:

On or about October 18, 2003, on board Virgin Atlantic Flight 11 en-route from London, England to Boston, Massachusetts, which flight landed at East Boston, Massachusetts, in the District of Massachusetts,

ANGUS MACPHERSON

defendant herein, did commit a simple assault upon Pardeep Hannah Khurda, a flight crew member of Virgin Atlantic Flight 11.

All in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(5).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES F. LANG
Assistant U.S. Attorney

DATE: November 24, 2003